No. 79–1274. DESERT CHRYSLER-PLYMOUTH, INC., ET AL. *v.* CHRYSLER CORP. Sup. Ct. Nev. Certiorari denied.

No. 79–1278. ELLIS ET UX. *v.* ARKANSAS LOUISIANA GAS Co. C. A. 10th Cir. Certiorari denied.

No. 79–1283. CHICAGO TITLE & TRUST CO., TRUSTEE, ET AL. *v.* TULLY, ASSESSOR OF COOK COUNTY, ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 79–1285. MASCHHOFF *v.* INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, UAW, ET AL. C. A. 6th Cir. Certiorari denied.

No. 79–1286. MORIGEAU *v.* LARRIVEE. Sup. Ct. Mont. Certiorari denied.

No. 79–1287. STEWART *v.* SUPERIOR COURT OF PIMA COUNTY, ARIZONA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 79–1288. WILT ET AL. *v.* OHIO STATE BOARD OF EDUCATION ET AL. C. A. 6th Cir. Certiorari denied.

No. 79–1291. TUCKER *v.* NEAL ET AL. C. A. 2d Cir. Certiorari denied.

No. 79–1292. NUNNALLY ET AL. *v.* TRUST COMPANY BANK, Co-TRUSTEE, ET AL. Sup. Ct. Ga. Certiorari denied.

No. 79–1302. KENNEDY, TRUSTEE IN BANKRUPTCY *v.* HANCOCK INVESTMENT CO., INC., ET AL. C. A. 6th Cir. Certiorari denied.